IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE LEE BROWN, #116308, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:13-cv-0815-TMH |
| | ) [WO] |
| CYNTHIA DILLARD, *et al.*, | ) |
| Defendants | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #14) filed on November 22, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #5 ) entered on November 13, 2013 is adopted;

3. The motion for preliminary injunction filed by the plaintiff is DENIED;

4. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this 13th day of December, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE