IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE LEE BROWN, #116308, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO 2:13-cv-815-WHA |
| | ) | |
| CYNTHIA DILLARD, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #41),

entered on April 20, 2016.  There being no timely objection filed to the Recommendation, and

after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as

follows:

1.   The Defendants' Motion for Summary Judgment is GRANTED.

2.    Judgment is GRANTED in favor of the Defendants.

3.   This case is DISMISSED with prejudice.

4.   Costs of this proceeding are taxed against the Plaintiff.

DONE this 17th day of May, 2016.


/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE